USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 15, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESET, LLC and ESET, SPOL. S.R.O., <br><br> Petitioners, <br><br> v. <br><br> FORTRESS INVESTMENT GROUP LLC, <br><br> Respondent. | Miscellaneous Case No. 1:21-mc-00197-ALC <br><br><br> (Related to Case No. 3:17-cv-00183-CAB-BGS, pending in the Southern District of California) |

**ORDER GRANTING JOINT MOTION TO STAY MISCELLANEOUS ACTION AND RELATED PROCEEDINGS**

46038914.1

The Court HEREBY GRANTS the Parties' Joint Motion to Stay the Miscellaneous Action and Related Proceedings.

The parties shall promptly inform this Court when the stay in the underlying action is lifted or the matter is otherwise disposed of.

SO ORDERED.

Dated: April 15, 2021

_____
The Hon. Andrew L. Carter Jr.
United States District Court Judge