| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: October 6, 2022 |

---------------------------------------------------------- x

**ESET, LLC ET AL.,**

                     **Petitioners,**

             **-against-**

**FORTRESS INVESTMENT GROUP LLC,**

                     **Respondent.**

---------------------------------------------------------- x

**21-mc-00197 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties shall file a joint status report within one week of this Order.

**SO ORDERED.**

Dated:    October 6, 2022
             New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**