UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESET, LLC and ESET, SPOL. S.R.O.,

                 Petitioner,

-against-

FORTRESS INVESTMENT GROUP LLC,

                 Respondent.

---

1:21-mc-197 (ALC)

(Related to Case No. 3:17-cv-00183-CAB-BGS, pending in the Southern District of California)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report at ECF No. 21 stating that the stay in the underlying action remains in effect. Accordingly, the stay in this case is CONTINUED. The parties are directed to file a joint status report informing the Court within **seven days** of the stay in the underlying action being lifted (or the matter is otherwise disposed of), or within **six months** of the date of this Order, whichever is earlier.

**SO ORDERED.**

**Dated**:   October 13, 2022
           New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**