UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESET, LLC.,<br><br>         Petitioner,<br><br>-against-<br><br>FORTRESS INVESTMENT GROUP LLC,<br><br>         Respondent. | 21-mc-197 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt the parties' joint status report at ECF No. 23. The Court shall hold a telephonic status conference on **June 22, 2023** at **3:00 P.M.** to discuss next steps in this action. The parties shall contact the Court at **1-888-363-4749** (Access Code: **3768660**). The parties shall also file an updated joint status report by **June 16, 2023**.

  **So Ordered.**

Dated: May 31, 2023
   New York, New York

                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**