# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESET, LLC and ESET, SPOL. S.R.O., | |
| Petitioners, | Miscellaneous Case No. 1:21-mc-00197-ALC |
| v. | |
| FORTRESS INVESTMENT GROUP LLC, | (Related to Case No. 3:17-cv-00183-CAB-BGS, pending in the Southern District of California) |
| Respondent. | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW MOTION TO COMPEL COMPLIANCE WITH SUBPOENA DIRECTED TO FORTRESS INVESTMENT GROUP LLC**

Good cause having been shown, the Court HEREBY GRANTS the Unopposed Motion to Withdraw Motion to Compel Compliance with Subpoena Directed to Fortress Investment Group LLC (ECF No. __25__, "Motion") filed by ESET, LLC and ESET, spol. s.r.o. (together, "ESET").

Accordingly, IT IS HEREBY ORDERED that:

1. ESET's motion to compel Fortress Investment Group LLC ("Fortress") to comply with subpoena (ECF No. 1) is WITHDRAWN.
2. Fortress's motion to transfer (ECF No. 10) is DENIED as moot.
3. The Clerk of the Court is HEREBY ORDERED to CLOSE the file in this miscellaneous action and adjust the docket to reflect a voluntary dismissal.

SO ORDERED.

Dated: 6/5/2023

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE